# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1434**

**CAF 13-02220**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, AND SCONIERS, JJ.

---

IN THE MATTER OF BERNADETTE SIERAK,
PETITIONER-RESPONDENT,

              V                           MEMORANDUM AND ORDER

KYLE STARING, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

MARK A. WOLBER, UTICA, FOR RESPONDENT-APPELLANT.

KOSLOSKY & KOSLOSKY, UTICA (WILLIAM L. KOSLOSKY OF COUNSEL), FOR
PETITIONER-RESPONDENT.

------------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oneida County (Randal
B. Caldwell, J.), entered September 6, 2013 in a proceeding pursuant
to Family Court Act article 6. The order, among other things, ordered
Kyle Staring to pay attorney's fees in the sum of $3,200.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Same Memorandum as in *Matter of Sierak v Staring* ([appeal No. 1]
___ AD3d ___ [Jan. 2, 2015]).

Entered: January 2, 2015                            Frances E. Cafarell
                                                          Clerk of the Court